UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :
v.                        :   Crim. No. 3:01-cr-123 (AHN)
HENRY REARDON             :

FILED
2008 APR -3 P 2: 47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ORDER TO SHOW CAUSE

Upon information provided to the court in the supplemental Presentence Report prepared by the United States Probation Office, it is hereby

ORDERED that the government file a response on or before June 3, 2008, showing cause why HENRY REARDON is not entitled to a reduction in his sentence pursuant to Amendment 706 to U.S.S.G. § 2D1.1 and 18 U.S.C. § 3582(c), and it is further

ORDERED that service by the United States Marshal of this order on the government's representative, Kevin J. O'Connor, United States Attorney, New Haven, Connecticut, on or before April 17, 2008, shall be deemed sufficient service.

SO ORDERED.

Dated at Bridgeport, Connecticut this 3rd day of April 2008.

_____
Alan H. Nevas
United States District Judge