UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 3:01CR00123 (AHN) |
| | : | |
| HENRY REARDON | : | May 5, 2008 |

APPEARANCE

To the Clerk of the court and all parties of record, please enter my appearance as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard Room 309
Bridgeport, Connecticut   06604
(203) 696-3000
FEDERAL BAR NO. ct24432

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to Henry Reardon, *pro se*, Registration No. 14232-014, Federal Correctional Institution, FCI Schuylkill, P.O. Box 759, Minersville, PA 17954, this 5th day of May, 2008.


_____
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY