```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 3:01-cr-123(AHN) |
| | : | |
| HENRY REARDON | : | |

<u>ORDER</u>

Upon information provided to the court in the supplemental Presentence Report prepared by the United States Probation Office regarding the defendant's eligibility for a reduction in his sentence pursuant to Amendment 706 to U.S.S.G. § 2D1.1 and 18 U.S.C. § 3582(c), it is hereby

ORDERED that a response by defendant's counsel, addressing the findings in the supplemental Presentence Report prepared by the United States Probation Office and the arguments in the government's notice, is due on or before July 11, 2008.

SO ORDERED.

Dated at Bridgeport, Connecticut this 26th day of June 2008.

```
                                    /s/
                          Alan H. Nevas
                          United States District Judge
```