# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:01CR123 |
| Henry Reardon ) | USM No: 14232-014 |
| Date of Previous Judgment: October 16, 2001 ) | Ronald B. Resetarits |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168 months__ months **is reduced to** __135 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __33__          Amended Offense Level: __31__
Criminal History Category: __III__       Criminal History Category: __III__
Previous Guideline Range: __168__ to __210__ months   Amended Guideline Range: __135__ to __168__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
This order applies only to the sentence imposed on Count One and does not change the sentence imposed as to Count Two – 120 months of imprisonment to run concurrently to the sentence on Count One.

Except as provided above, all provisions of the judgment dated __October 16, 2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __July 14, 2008__                               /s/
                                                         Judge's signature

Effective Date: _____                Alan H. Nevas, U.S. District Judge
          (if different from order date)              Printed name and title